IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AUDREY K. MILLER** | § § § | |
| *Plaintiff*, | § | |
| v. | § § | **CIVIL ACTION NO.: 4:15-cv-02824** |
| **SAM HOUSTON STATE UNIVERSITY**, *et al*, | § § § § | **JURY DEMANDED** |
| *Defendants*, | | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Audrey Miller and Defendants, Sam Houston State University and Texas State University System (hereinafter "Parties"), file this Joint Motion to Extend Scheduling Deadlines, and in support thereof would show the Court as follows:

1. The parties are attempting to schedule their deposition dates and arrange accommodations that comply with COVID-19 safety regulations. As previously stated, the parties would like to conduct in-person depositions, and this has been increasingly difficult. Due to various factors, such as prospective deponents being out-of-state or having difficulty with traveling, it has been highly difficult to schedule and conduct depositions for Plaintiff's sister case against UHD. As such, prospective depositions will be scheduled for far out dates. Following this week's deposition on October 29, 2021, the second deposition is scheduled for December 13, 2021. Again, these are just deposition for Plaintiff's UHD case. Depositions for SHSU have not even been requested or scheduled yet. As such, Plaintiff asks for an extension of the discovery period in order to have adequate time to conduct all depositions for SHSU as well.

2. Moreover, in preparation for the deposition, the Parties are attempting to cure any discovery deficiencies that may obstruct the parties' ability to conduct thorough and accurate depositions and discovery requests from all of the relevant witnesses. Due to the voluminous amount of discovery disclosed in this case, the Parties require additional time to organize and review the documents as well as find and resolve any deficiencies.

3. Lastly, Plaintiff needs additional time to obtain expert reports. Although Plaintiff has reached out to multiple experts, these experts have been unable to provide timely reports due to COVID affecting their scheduling and availability. It would be an injustice if Plaintiff were to continue on her 7-year case, without having had an opportunity to present an expert report on pertinent topics. As such, the Parties request an extension on the relevant deadline, as well as all remaining deadlines.

4. Both parties agree that an extension of 45 days is necessary for all remaining deadlines. The Parties move this Court to extend the deadlines as follows"

    a. Plaintiff's experts will be named with a report furnished by January 13, 2022

    b. Defendant's experts will be named with report furnished by: January 24, 2022

    c. Discovery must be completed by: April 4, 2022

    d. Dispositive Motions will be filed by: June 23, 2022

    e. Non-Dispositive Motions will be filed by: July 7, 2022

    f. Joint Pretrial Order is due by: August 5, 2022

    g. Final Pretrial Conference is set for 1:30 p.m. on September, ___, 2022

    h. Trial is set for 9:00 a.m. on September ___, 2022

5. This Motion is filed for good cause and not for the purpose of delay, but so that the Parties may have additional time to make the necessary safety accommodations that will allow the

Parties to conduct depositions in person; that justice may be done; and it is in the interest of efficiency and economy. The Parties will not be prejudiced if the Court grants this Motion

6. Therefore, the Parties respectfully request forty-five (45) day extension of the Scheduling Order deadlines in good faith without intent to further delay the proceedings in this action.

Respectfully Submitted,
TB Robinson Law Group, PLLC

_/s/ T.B.R._

Terrence B. Robinson, Attorney-In-Charge
Fed. Bar No: 14218
Texas Bar No. 17112900
Email: TRobinson@TBRobinsonlaw.com
Zachary Sanders
Fed. Bar No.: 3606552
Texas Bar No.: 24118522
Email: ZSanders@TBRobinsonlaw.com
Dania Masood
Fed. Bar No.: 3574453
Texas Bar No.: 24118459
Email: DMasood@TBRobinsonlaw.com
7500 San Felipe St., Suite 800
Houston, Texas 77063
Telephone: (713) 568-1723
Facsimile: (713) 965-4288
**ATTORNEYS FOR PLAINTIFF**

/s/ *Melinda J. Wetzel*
**MELINDA J. WETZEL**
Texas Bar No. 24115637
Southern District No. 3666447
ATTORNEY-IN-CHARGE
**COURTNEY CORBELLO**
Texas Bar No. 24097533
Southern District No. 3089117
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division

P.O. Box 12548,
Capitol Station Austin, Texas
78711-2548
(512) 463-2120;
(512) 320-0667 FAX
courtney.corbello@oag.texas.gov
mindy.wetzel@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2021, the foregoing Joint Motion to Extend Scheduling Order Deadlines was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service.

_____
Terrence B. Robinson
Attorney for Plaintiff