# EXHIBIT

# F

Alissa Sherry, Ph.D.
CEO
Licensed Psychologist

901 Mopac Expwy S
Bldg 1, Suite 300
Austin, TX. 78746

T 512 791-4800
F 512 366-9674
asherry@legalconsensus.com
www.legalconsensus.com



## Curriculum Vitae
**(September, 2020)**

## EMPLOYMENT HISTORY

**2003-present**
 <u>**Licensed Psychologist; State of Texas #32248 (granted April, 2003)**</u>
 <u>**Licensed Psychologist; State of Michigan #6301017127 (granted 6/27/17)**</u>
 <u>**Licensed Psychologist; State of Florida #10355 (granted 12/5/18)**</u>
 **President, Legal Consensus, PLLC**
 Forensic Psychological Evaluations and Consultation

**2015-2017**
 <u>**Associate Clinical Professor**</u>
 University of Texas at Austin
 Department of Educational Psychology
 Counseling Psychology Ph.D. Program (American Psychological Association Accredited)
 Counselor Education M.Ed. Program

**2008-2015**
 <u>**Associate Professor (tenured)**</u>
 University of Texas at Austin
 Department of Educational Psychology
 Counseling Psychology Ph.D. Program (American Psychological Association Accredited)
 Counselor Education M.Ed. Program

**2002-2007**
 <u>**Assistant Professor**</u>
 University of Texas at Austin
 Department of Educational Psychology
 Counseling Psychology Ph.D. Program (American Psychological Association Accredited)
 Counselor Education M.Ed. Program

## EDUCATION AND FORMAL TRAINING

**2001-2002**
 <u>**Clinical/Research Postdoctoral Fellow**</u>
 *Emory University School of Medicine*
 Nadine Kaslow, Ph.D., ABPP, Advisor
 Department of Psychiatry
 Atlanta, Georgia
 Accredited by the Association of Psychology Postdoctoral and Internship Centers (APPIC)
 Rotations in Trauma, Domestic Violence, Family Therapy

**2001**
 <u>**Doctorate of Philosophy, Psychology**</u>
 *University of Southern Mississippi*
 William J. Lyddon, Ph.D., Advisor
 Department of Psychology

Hattiesburg, Mississippi
Accredited by the American Psychological Association (APA)

**2000-2001**   **Pre-Doctoral Intern**
*University of Oregon; Counseling and Testing Center*
Eugene, Oregon
Accredited by the Association of Psychology Postdoctoral and Internship Centers (APPIC)

**1996**   **Master of Arts, Clinical and Experimental Psychology**
*Austin Peay State University*
Jean Lewis, Ed.D., Advisor
Department of Psychology
Clarksville, Tennessee

**1995-1996**   **Pre-Master's Intern**
*Vanderbilt University Medical Center*
Howard Roback, Ph.D., Advisor
Department of Psychiatry
Nashville, Tennessee
Testing and assessment rotation

*Crockett Academy, State of Tennessee Inpatient Psychiatric Facility for Children*
Nashville, Tennessee
Child & Adolescent Psychology rotation

**1991**   **Bachelor of Arts, Psychology**
*Auburn University*
Barry Burkhart, Ph.D., Advisor
College of Liberal Arts
Auburn, Alabama
Minor: Family & Child Development

## CONTINUING EDUCATION

- Forensic Evaluation: Overview from Arrest to Courtroom. (September 2020). Capacity for Justice. 1.25hrs.

- Forensic Evaluation: Incompetency to Stand Trial Under Texas Law. (September 2020). Capacity for Justice. 1.25hrs.

- Forensic Evaluation: Legal, Clinical and Ethical Aspects of CST Evals. (September 2020). Capacity for Justice. 1.25 hrs.

- Forensic Evaluation: Insanity and Criminal Responsibility Under Texas Law. (September 2020). Capacity for Justice. 1.25 hrs.

- Forensic Evaluation: Legal, Clinical and Ethical Aspects of Insanity Evals. (September 2020). Capacity for Justice. 1.25 hrs.

- Forensic Evaluation: Texas Mental Health System. (September 2020). Capacity for Justice. 1.5 hrs.

- Neurobiology of Complex Trauma. (April, 2020). University of California Berkeley Extension. 6 hrs.

- Cultural Factors in Intimate Partner Violence (April, 2020). Elite Continuing Education. 3 hrs.

- Intimate Partner Violence: Recognition and Intervention, 2nd Edition. (April, 2020). Elite Continuing Education. 3 hrs.

- Laws and Ethics for Florida Psychologists. (April, 2020). Elite Continuing Education. 3 hrs.

- Preventing Medical Errors for Psychologists. (April, 2020). Elite Continuing Education. 2 hrs.

- Pain Assessment and Management. (April, 2020). Elite Continuing Education. 2 hrs.

- Human Trafficking in Michigan: Modern-Day Slavery. Elite Continuing Education. (April, 2020). 3 hrs.

- Cultural Competence in Mental Health Practice Part 2: Assessment, Application and Advocacy. (April, 2019). Elite Continuing Education. 3 hrs.

- Psychology of Terrorism. (April, 2019). Elite Continuing Education. 3 hrs.

- Ethics in Psychology. (April, 2019). Elite Continuing Education. 3 hrs.

- Elements of Social Psychology (April, 2019). Elite Continuing Education. 10 hrs.

- Domestic Violence (April, 2019). Elite Continuing Education. 2 hrs.

- Ethics. (April, 2018). Elite Continuing Education. 3 hrs.

- Elderly Mental Health: Depression and Dementia. (April, 2018). Elite Continuing Education. 6 hrs.

- Suicide Assessment and Prevention for Health Professionals. (April, 2018). Elite Continuing Education. 6 hrs.

- Understanding Trauma in Children. (April, 2018). Elite Continuing Education. 2 hrs.

- Cultural Competence in Mental Health Practice Part 2: Assessment, Application and Advocacy. (April, 2018). Elite Continuing Education. 3 hrs.
- Ethics in Psychology. (March, 2017). Elite Continuing Education. 3 hrs.

- Eating Disorders in Children and Adults. (March, 2017). Elite Continuing Education. 4 hrs.

- Elements of Social Psychology. (March, 2017). Elite Continuing Education. 10 hrs.

- Cultural Competence in Mental Health Practice Part 1: Principles and Priorities for Practice. (March, 2017). Elite Continuing Education. 3 hrs.

- Preparing for Board Certification in Forensic Psychology. (July 30, 2016). American Academy of Forensic Psychology. 3 hrs.

- Cultural Competence in Mental Health Practice Part 2: Assessment, Application and Advocacy. (March, 2016). Elite Continuing Education. 3 hrs.

- Ethics. (March, 2016). Elite Continuing Education. 3 hrs.

- Couples Counseling. (March, 2016). Elite Continuing Education. 4 hrs.

- Industrial Psychology. (March, 2016). Elite Continuing Education. 10 hrs.

- Understanding Trauma in Children. (March, 2016). Elite Continuing Education. 2 hrs.

- Domestic Violence. (March, 2016). Elite Continuing Education. 2 hrs.

- R-PAS: Essentials for Instructors and Supervisors. (2016). Webinar. 3 hrs

- Cultural Competence in Mental Health Practice Part 1: Principles, Preparation and Priorities for Practice. (March, 2015). Elite Continuing Education. 3 hrs.

- Ethics in Psychology. (March, 2015). Elite Continuing Education. 3 hrs.

- Designing Physically and Psychologically Safe Mental Health Session Environments. (March, 2015). Elite Continuing Education. 4 hrs.

- Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) – Overview What You Need to Know. (March, 2015). Elite Continuing Education. 2 hrs.

- Identifying and Addressing Cyber Bullying. (March, 2015). Elite Continuing Education. 4 hrs.

- Narcissistic Personality Disorders: Has it Become an Epidemic? (March, 2015). Elite Continuing Education. 4 hrs.

- Social and Behavioral Responsible Conduct of Research. (April, 2014). Collaborative Institutional Training Initiative.

- Human Research Curriculum. (April, 2014). Collaborative Institutional Training Initiative.

- Ethics in Psychology. (March, 2014). Elite Continuing Education. 3 hrs.

- Domestic Violence. (March, 2014). Elite Continuing Education. 2 hrs.

- Healthy Living Psychology. (March, 2014). Elite Continuing Education. 4 hrs.

- Mental Health Treatment for Persons with Substance Abuse Issues and HIV/AIDS. (March, 2014). Elite Continuing Education. 3 hrs.

- Supervising Personality Assessment: Establishing Best Practices. (2013). Society for Personality Assessment Annual Meeting, San Diego, CA. *2 hrs.*

- Forensic Application of the Rorschach. (2013). Society for Personality Assessment Annual Meeting, San Diego, CA. *3.5 hrs.*

- Personality Assessment Consultation Opportunities with FAA: An Orientation at FAA Practices and Standards. Society for Personality Assessment Annual Meeting, San Diego, CA. *3.5 hrs.*

- Liability and Risk Management in Assessment Supervision. (2013). Society for Personality Assessment Annual Meeting, San Diego, CA. *1 hr.*

- Forensic Assessment of Adolescents in Juvenile Justice Settings. (2013). Society for Personality Assessment Annual Meeting, San Diego, CA. *7 hrs.*

- From Theory to Practice: A Timeline Perspective of Ethics and Risk Management in Clinical Practice. (2012). University of Texas at Austin, provided by Cynthia de las Fuentes, Ph.D.

- The Rorschach Performance Assessment System: An Intermediate-Level Workshop. (2012). Austin, TX. *14 hrs.*

- The Rorschach Performance Assessment System: Practical Training and Case Illustrations. (2011). Austin, TX. *14 hrs.*

- Therapeutic Assessment Immersion Course: Essential Concepts and Skills Training. (2010). Austin, TX. *33 hrs.*

- Using Emerging and Existing Data to Improve Rorschach Validity and Utility. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. *7 hrs.*

- Bringing Rorschach Protocols to Life. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 3.5 *hrs.*

- Bruno Klopfer Award Presentation, Roger Greene. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 1 *hrs*

- Master Lecture II: Giving Personality Assessment Away, Phil Erdberg, Ph.D. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 1 *hrs*

- Master Lecture I: The Assessment of Trauma-Related Symptomotology, John N. Briere, Ph.D. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 1 *hrs*

- Forensic Psychological Evaluation in Immigration Court. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 2 *hrs*

- Psychological Assessment in the Public Eye: Lessons from Wikipedia. (2010). Society for Personality Assessment Annual Meeting, San Jose, CA. 2 *hrs*

- WAIS-IV. (2009). Society for Personality Assessment Annual Meeting, Chicago, IL. 4 *hrs.*

- Considering Culture, Race, and Ethnicity in Personality Assessment. (2009). Society for Personality Assessment Annual Meeting, Chicago, IL. 4 *hrs.*

- Clinical and Forensic Assessment of Psychological Trauma. (2009). Society for Personality Assessment Annual Meeting, Chicago, IL. 8 *hrs.*

- Advanced Forensic Psychology Practice: Issues and Applications. (2008). American Academy of Forensic Psychology, Santa Ana, CA. (Included advanced issues in custody evaluation and personal injury). *24 hrs*

- Collaborative Law Interdisciplinary Training. (2008). The Collaborative Law Institute of Texas. *12 hrs*

- Board Certification Preparation Workshop. (2008). American Academy of Forensic Psychology, Santa Ana, CA. *6 hrs*

- Child Custody Evaluations: Is the Use of Psychological Testing Being Threatened? (2008). Society for Personality Assessment Annual Meeting, New Orleans, LA. *2 hrs*

- Violence Risk Assessment: What We Have Learned, What We Need to Learn. (2008). Society for Personality Assessment Annual Meeting, New Orleans, LA. *2 hrs*

- 23rd Annual Symposium in Forensic Psychology. (2007). American College of Forensic Psychology, Santa Fe, NM. *8 hrs*

- Psychopharmacology Update: What You Must Know About Your Client's Medications. (2007). Presented by Robert M. Julien, MD., Ph.D. Austin, TX.  *6 hrs*

- The Role of the Rorschach in Custody/Parenting Plan Evaluation. (2007). Society for Personality Assessment Annual Meeting. Full Day Workshop, Arlington, VA. *7 hrs*

- "Faking Good" During Parenting Capacity Evaluations: MMPI-2 and PAI Findings. (2007). Society for Personality Assessment Annual Meeting. Arlington, VA. *1 hr*

- Empirical Correlates of the MMPI-2 Restructured Clinical Scales in Medical Settings. (2007). Society for Personality Assessment Annual Meeting. Arlington, VA. *1.5 hrs*

- MMPI/Rorschach Integration Program – Advanced. (2007). Rorschach Training Programs. Dallas, TX. *21 hrs*

- Psychological Damage Examinations: Personal Injury Evaluations, Reports, and Testimony. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *3.5 hrs*

- Case Discussion I: Malingering: Battered Woman or Faker? (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *1 hr*

- Assessment of Competence to Proceed in the Criminal Process. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *3.5 hrs*

- Categorical and Dimensional Personality Disorder Diagnosis: Implications for Psychological Assessment. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *1.5 hrs*

- How Attachment Relationships Inform Child Custody Evaluators: Uses and Misuses of Attachment Literature. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *2 hrs*

- Considerations for Rorschach Research with Personality Disorders – What We Have Learned from the Study of Antisocial and Psychopathic Personalities. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *1 hr*

- Master Lecture: Therapeutic Assessment Definitions, Distinctions and Current Developments. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *1 hr*

- Forensic Applications. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *2 hrs*

- Sex, Lies, and Scale 8: Assessing Sexual Abuse Allegations in a Custody Dispute. (2006). Society for Personality Assessment Annual Meeting, San Diego, CA. *1.5 hrs*

- Advanced Rorschach: Scoring and Interpretation. (2006). Rorschach Training Programs. Morristown, NJ. *21 hrs*

- Introduction to Therapeutic Assessment: Using Psychological Testing as Brief Psychotherapy. (2005). Center for Therapeutic Assessment and Stephen E. Finn, Ph.D. *13 hrs*

- A Survey of Forensic Psychology Practice: Issues & Applications. (2003). American Academy of Forensic Psychology, Dallas, TX.  *24 hrs*

- Addiction and the Neurobiology of Dependency. (2002). Medical Education Collaborative. Austin, TX. *6 hrs*

## ACADEMIC PUBLICATIONS

### *Peer Reviewed Articles*

Sherry, A. (2016). Just Mercy: A Story of Justice and Redemption, Book Review. *Journal of Black Psychology*, 42(4), 387-388.

Budge, S., Orovecz, J.J., Owen, J.J., & Sherry, A. R. (2016). The relationship between conformity to gender norms, sexual orientation, and gender identity for sexual minorities. *Counseling Psychology Quarterly, 29*, 1-19.

Kim, S-H, Goodman, G.M., Toruno, J.A., Sherry, A.R., & Kim, H-K. (2015). The Cross-Cultural Validity of the MMPI-2 RF Higher-Order Scale Items in a Sample of North Korean Female Refugees. *Assessment, 22(5),* 640-649.

Budge, S. L., Keller, B., Sherry, A. (2015). A qualitative investigation of lesbian, gay, bisexual, and queer individuals' experiences of sexual pressure. *Archives of Sexual Behavior, 44(4),* 813-824.

Kim, S-H, Sherry, A. R., Lee, Y-S, Kim, C-D. (2011). Psychometric Properties of a translated Korean Adult Attachment Measure. *Measurement and Evaluation in Counseling and Development, 44,* 135-150.

Sherry, A. (2011). Book review: Metzl, J.M. (2010). The Protest Psychosis: How Schizophrenia Became a Black Disease. Boston, MA: Beacon Press. 246 pp. *The Journal of Black Psychology, 37,* 381-383.

Sherry, A., Adelman, A., Whilde, M., & Quick, D. (2010). Competing selves: Negotiating the intersection of spiritual and sexual identities. *Professional Psychology: Research and Practice, 41(2),* 112-119.

Kim, S-H, Beretvas, S. N., & Sherry, A. (2010). A validation of the factor structure of OQ-45 scores using factor mixture modeling. *Measurement and Evaluation in Counseling and Development, 42 (2),* 275-295.

Pelton-Sweet, L., & Sherry, A., (2008). Coming out through art: Expressive therapy with LGBT clients. Submitted to: *Art Therapy: Journal of the American Art Therapy Association, 25,* 170-176.

Rodarte-Luna, B., & Sherry, A. (2008). Sex Differences in the relation between statistics anxiety and cognitive learning strategies. *Contemporary Educational Psychology, 33,* 327-344.

Sherry, A. (2007). Internalized homophobia and adult attachment: Implications for clinical practice. *Psychotherapy: Theory, Research, Practice, and Training, 44,* 219-225.

Sherry, A. (2007). An attachment theory approach to the treatment of borderline personality disorder: A case study. *Clinical Case Studies*, *6*, 103-118.

Sherry, A., Lyddon, W. J., & Henson, R. (2007). Empirical support for the relation between adult attachment and developmental personality styles. *Journal of Counseling and Development, 85,* 337-348.

Sherry, A. (2006). Discriminant analysis in counseling psychology research. *The Counseling Psychologist*, *34*, 661-683. (Recipient of the "Most Outstanding Contribution Award", 2006)

Sherry, A., Wood, K., Jackson, E., & Kaslow, N. J. (2006). Racist events and ethnic identity in low income, African American males and females. *Journal of Applied Social Psychology, 36,* 1365-1380.

Sherry, A., Whilde, M. & Patton, J. (2005). Gay, lesbian, and bisexual training competencies in APA accredited graduate programs. *Psychotherapy: Theory, Research, Practice, and Training, 42*, 116-120.

Kaslow, N. J., Sherry, A., Bethea, K., Wyckoff, S., Compton, M., Bender, M., Scholl, L., Price, A. W., Kellerman, A., Thompson, N., & Parker, R. (2005).  Social risk factors for suicide attempts in low income, African American men and women. *Suicide and Life Threatening Behaviors, 45,* 400-412.

Schwartz, A., Bradley, R., Sexton, M., Sherry, A., & Ressler, K. (2005). Posttraumatic Stress Disorder among African Americans in an inner-city mental health clinic. *Psychiatric Services*, *56,* 212-215.

Sherry, A., & Henson, R. (2004). Canonical correlation analysis: A user-friendly primer.  *Journal of Personality Assessment, 84,* 37-48.

Kaslow, N. J., Price, A. W., Wycoff, S., Bender, M., Sherry, A., Young, S., Scholl, L., Upshaw, V. M., Rashid, A., Jackson, E., & Bethea, K. (2004). Person factors associated with suicidal behavior among African American Women and Men. *Cultural Diversity and Ethnic Minority Psychology, 10,* 5-25.

Schwartz, A., Bradley, R., Ressler, K., Sexton, M., & Sherry, A. (2004). Treating posttraumatic stress disorder in urban African American mental health patients.  *Journal of the American Psychoanalytic Association, 52,* 464-465.

Sherry, A., Henson, R., & Lewis, J. (2003). Evaluating the appropriateness of college-aged norms for

use with adolescents on the NEO Personality Inventory – Revised. *Assessment, 10,* 1-8.

Lyddon, W., & Sherry, A. (2001). Developmental personality styles: An attachment theory conceptualization of personality disorders. *Journal of Counseling and Development, 79,* 405-414.

Holaday, M., Smith, D., & Sherry, A. (2000). The sentence completion tests. *Journal of Personality Assessment, 74,* 371-383.

Holaday, M., Smith, D., & Sherry, A. (1999). The sentence completion tests. *Book of Abstracts.* Society for Personality Assessment:  Falls Church, VA.

 Burkhart, B., & Sherry, A. (1993). Sexual victimization in adolescence. *Advances in Medical Psychotherapy, 6,* 171-183.

### ***Book Chapters***

Chapman, C., Sherry, A., McClaine, S., Broyles, S., & Jackson, S. (2018). Diversity assessment report writing. In S. Smith & R. Krishnamurthy (Eds.). *Diversity-Sensitive Personality Assessment.* New York: Routledge Press.

Sherry, A., Farwell, L., Adelman, A., & Linton, B. (2013). Attachment and Social Class. In W.M. Liu (Ed)., *The Oxford Handbook of Social Class in Counseling.* Oxford University Press. pp. 275-292.

Farwell, L. & Sherry, A. (2010). Sentence Completion Tests. In I.B. Weiner & W. E. Craighead (Eds). *Encyclopedia of Psychology.* Hoboken, NJ: John Wiley and Sons.

Farwell, L. & Sherry, A. (2010). Borderline Personality Disorder. In I. Weiner & W. E. Craighead (Eds). *The Corsini Encyclopedia of Psychology.* Hoboken, NJ: John Wiley and Sons.

Kim, S-H. & Sherry, A. (June 2010). Descriptive Discriminant Analysis. In *Encyclopedia of Research Design.* Hoboken, NJ: John Wiley and Sons.

Sherry, A., & Amidon, A., (2009). The ethics of sex research on the Internet. In Streiner, D. & Sidani (Eds), *When research studies go off the rails.* New York: Guildford.

Sherry, A. & Whilde, M. (2008). Borderline Personality Disorder. In M. Hersen & J. Rosqvist (Eds). *Handbook of assessment, Conceptualization, and Treatment.* Hoboken, NJ: John Wiley and Sons.

Sherry, A. (2006).  The constructivist approach to counseling.  In A. Rochlen (Ed.) *Counseling theory applications.* Columbus, OH: Prentice Hall.

Sherry, A., Dahlen, E., & Holaday, M. (2003).  Sentence completion tests with adults.  In M. Hilsenroth & D. Segal (Eds.), *The comprehensive handbook of psychological assessment, Volume 2: Personality assessment.*  Hoboken, NJ: John Wiley and Sons.

## SCHOLARLY PRESENTATIONS

Schreagle, A., & Sherry, A. (2014). The Role of Adult Attachment Status in Child Custody Litigants. *Paper presented at the Society for Personality Assessment Annual Meeting, Arlington, VA.*

Sherry, A. & McKeon, A., (2013). Liability and Risk Management in Assessment Supervision. *Paper presented at the Society for Personality Assessment Annual Meeting, San Diego, CA.*

Sherry, A., Farwell, L., & Carver, T. (2011). Rorschach Research: Yes, We Can! *Paper presented at the Society for Personality Assessment Annual Meeting, Boston, MA.*

Sherry, A., & Linton, B., (2010). Is there a place for Qualitative Interpretation of Rorschach Responses in Custody Evaluations? *Paper presented at the Society for Personality Assessment Annual Meeting, San Jose, CA.*

Sherry, A., Farwell, L., Kuhlman, J., & Gilbert, T. (2009). Continuity of Training in Assessment Coursework, Practicum, & Internship. *Poster presented at the Society for Personality Assessment Annual Meeting, Chicago, IL.*

Sherry, A. (2008). Forensic Assessment. *Presented at the Professional Meeting for the Capital Area Psychological Association, Austin, TX. (CE provided)*

Sherry, A. (2008). Forensic Psychology. *Presented at the Advanced Administrative Law Course, Austin, TX. (CE provided)*

Kim, S.-H., Sherry, A., & Beretvas, S. N. (2008).  The dose-effect relationship in college counseling centers. *Poster session presented at the annual meeting of the American Psychological Association, Boston, MA.*

Kim, S.-H., Beretvas, S. N., & Sherry, A. (2008). The process involved in factor mixture model selection. *Poster presented at the annual meeting of the American Psychological Association, Boston, MA.*

Sherry, A., & Gilbert, T. (2008). Discriminating Markers of a Sexual Offender: The Potential of the Rorschach in Two Discriminating Cases. *Case Discussion presented at the Society for Personality Assessment Annual Meeting, New Orleans, LA. (CE provided)*

Sherry, A., & Gilbert, T. (2007). The Use of the Rorschach Inkblot Method in Child Custody Evaluations. *Paper presented at the 23rd Annual Symposium in Forensic Psychology, American College of Forensic Psychology, Santa Fe, NM.*

Sherry, A., & Gilbert, T. (2007). The Use of the Rorschach Inkblot Method in Child Custody Evaluations. *Poster presented at the Society for Personality Assessment Annual Meeting, Arlington, VA.*

Budge, S. & Sherry, A. (2007). Gender role conformity and sexual compliance: Investigating Lesbian, Gay, and bisexual relationships. *Poster presented at the American Psychological Association Annual Convention, San Francisco, CA. (Division 17: Counseling).*

Sherry, A. , Quick, D., & Whilde, M. (2006). Competing identities: Negotiating religious identity when one's sexual identity is gay, lesbian, bisexual, or transgender. *The 12th Biennial Conference of the Constructivist Psychology Network. San Marcos, CA.*

Sherry, A. , & Whilde, M. (2006). An attachment theory approach to the treatment of borderline personality disorder using case examples. *The 12th Biennial Conference of the Constructivist Psychology Network. San Marcos, CA.*

Lyddon, W., & Sherry, A. (2006). Personality disorders: A developmental-constructivist perspective. *The 12th Biennial Conference of the Constructivist Psychology Network. San Marcos, CA.*

Rodarte-Luna, B. & Sherry, A. (2006). Sex Differences in the relation between statistics anxiety and cognitive learning strategies. *Poster presented at the American Psychological Association Annual Convention, New Orleans, LA.*

Rodarte-Luna, B., Sherry, A., & Kim, S-H. (2006). Statistics Anxiety, procrastination, and the use of self-regulation. *Poster presented at the American Psychological Association Annual Convention, New Orleans, LA.*

Sherry, A., Lyddon, W. J., & Alford, D. (2005).  Attachment Theory: Theory, Research and Practice. *Symposium presented at the 5th International Congress of Cognitive Psychotherapy (IX World Congress on Constructivism), Goteberg, Sweden.*

Sherry, A. & Draper, M. (2005). Attachment, ACOA traits, and family functioning: Predictors of relationship characteristics and psychological symptoms, poster presentation. *American Psychological Association Annual Convention, Washington, D.C. (Division 29: Family).*

Amidon, A., Sherry, A., Lawlis, M., Gonzalez, V., Draper, M., & Sweet, L. (2005). Attachment, relationship commitment, and sexual self-concept in people who identify as GLBT, poster presentation. *American Psychological Association Annual Convention, Washington, D.C. (Division 17: Counseling Psychology).*

Sherry, A., & Beretvas, T. (2005). Validating scores on personality assessment instruments. *Paper presented at the annual meeting of the Southwest Educational Research Association, New Orleans, LA.*

Sherry, A., & Henson, R. (2003). Canonical correlation analysis: A user- friendly primer. *Paper presented at the annual meeting of the Southwest Educational Research Association, San Antonio, TX.*

Schwartz, A., Sexton, M., Sherry, A., Bradley, R., and Ressler, K.J. (2003). Post-traumatic stress disorder in an urban African American mental health community. *Poster presented at the winter meeting of the American Psychoanalytic Association, Boston, MA.*

Penza, K., Bradley, M., Schwartz, A., Sherry, A., & Ressler, K. (2003). Prevalence of trauma and posttraumatic stress disorder among low-income, inner-city, African Americans. *Poster presented at the annual meeting of the American Psychiatric Society, Atlanta, GA.*

Sherry, A., Wood, K., Jackson, E., & Kaslow, N. J. (2002). The relation between racial identity and the experience of racist events in low income, African American men and women. *Poster presented at the annual convention of the American Psychological Association, Chicago, IL.*

Sherry, A., Lyddon, W., & Henson, R. (2002). Empirical support for developmental personality styles. *Poster presented at the annual convention of the American Psychological Association, Chicago, IL.*

Sherry, A., Lyddon, W. J., Alford, D., & Scrimali, T. (2002). An attachment theory conceptualization of personality disorders. *Symposium presented at the Volcanic Mind Conference: Trends in Therapy and Rehabilitation of Psychiatric Disorders, Catania, Sicily.*

Sherry, A., Fleming, K, & Leach, M. (2000). A survey of gay/lesbian/bisexual issues in graduate psychology programs. *Poster presented at the annual convention of the Mississippi Psychological Association, Biloxi, MS.*

Lyddon, W. & Sherry, A. (1999). An attachment theory conceptualization of personality disorders. *Paper presented at the annual convention of the Mississippi Psychological Association, Biloxi, MS.*

Holaday, M., Smith, D., & Sherry, A., (1999). The sentence completion tests. *Paper presented at the midwinter meeting of the Society for Personality Assessment, New Orleans, LA.*

Sherry, A., & Holaday, M. (1998). Sentence completion tests. *Poster presented at the 1998 annual convention of the Mississippi Psychological Association, Biloxi, MS.*

Sherry, A., Lewis, J., Fung, S., & Bonnington, S. (1997). Adolescent responses on the NEO Personality Inventory-Revised. *Paper presented at the 1997 annual convention of the Southeastern Psychological Association, Atlanta, GA.*

## COMMUNITY PUBLICATIONS

Sherry, A. (2016). Bias in Family Law Evaluations. Family Law Forum. *Texas Academy of Family Law Specialists.*

## COMMUNITY PRESENTATIONS

Hardin, R., Roden, J., & Sherry, A. (March 22, 2019). When Power and Justice Collide: A Case Study in Investigating and Trying Allegations of Sexual Misconduct at the Highest Levels. *University of Texas Law School Continuing Legal Education, Austin, TX.*

Sherry, A. & Bahn, B. (July 20, 2018). What Cognitive Science Can Tell Us About Jury Decision Making. *University of Texas Law School Continuing Legal Education, Austin, TX.*

Sherry, A. (May 13, 2016). Bias in Family Law Evaluations: How to Recognize it and What to do About it. *Austin Bar Association Family Law Section.*

Sherry, A. (April 8, 2015). Testified before the Texas House Subcommittee for Juvenile Justice and Family Issues in favor of SB 820/HB 1449 revising the family law statute on child custody evaluations. Austin, TX.

Sherry, A. (March, 2014). LGBTQ Parenting. *Austin Bar Association Family Law Section Luncheon.*

Sherry, A. (April 12, 2013). The Good, the Bad, and the Alienating – Parental Alienation. *Austin Bar Association Bench Bar Conference.*

Sherry, A. (November, 2012). The Utility of Custody Evaluations in Family Law. *Austin Bar Association Family Law Section Luncheon.*

Sherry, A. (April, 2012). Using Mental Health Experts in Family Law. *Panel presentation at the Bench Bar Conference for Travis County, TX.*

Sherry, A. (2008) Forensic Assessment. *Professional Meeting for the Capital Area Psychological Association, Austin, TX.*

Sherry, A. (2008) Forensic Psychology. *Advanced Administrative Law Course, Austin, TX.*

Sherry, A. (2005). Getting the Most out of Psychological Testing for Children and Adolescents. *Austin Child Guidance Center, Austin, TX.*

Sherry, A. (2004). The Role of Attachment in Child Custody Evaluations. *Domestic Relations Office, Travis County, TX.*

Sherry, A. (2003). Alcohol and Drug Issues Among Adolescents and College Students. *St. Andrews High School, Austin, TX.*

Sherry, A. (2003). Navigating Sexual Pressure in Middle School. (2003). *St. Andrew's Middle School, Austin, TX.*

Sherry, A. (2003). Navigating Pressure to Use Substances in Middle School. *St. Andrews Middle School, Austin, TX.*

Sherry, A. (2002). Alcohol and Drug Issues Among Adolescents and College Students. *St. Andrews High School, Austin, TX.*

## OTHER RELEVANT CREDENTIALS

- Editorial Board Member for *Psychology, Public Policy, and the Law*

- Editorial Board Member for *Professional Psychology: Research and Practice*

- Past Editorial Board Member for *Journal for Specialists in Group Work*

- Experience with expert testimony in court, depositions, and mediation in over 400 cases (case list available upon request)

- Reviewer for the Texas State Board of Psychologists for ethics complaints in child custody matters

- Reviewer for the following journals: *Journal of Counseling Psychology; Journal of Clinical Psychology; Journal of Family Psychology; Journal of Cognitive Psychotherapy; Multicultural Counseling and Development; Journal of Educational and Psychological Measurement; Journal of Pediatric Psychology; Counselling Psychology Quarterly; Journal of Abnormal Psychology; Professional Psychology Research and Practice; Journal of Personality Assessment; Journal of Specialists in Group Work; Psychology, Public Policy and the Law*

- Relevant Areas of expertise: Attachment; Parenting/Divorce/Custody; Special Issues in the Custody Context (Alienation, Relocation, etc.); False Allegations of Sexual Abuse; Suggestibility; Personality and Cognitive Assessment; Substance Abuse Issues; Ethics and Professional Issues; Forensic Psychology and Assessment; Tests and Measurement; Domestic Violence; Trauma; Personality Disorders; Statistics

- Relevant graduate coursework: Tests and Measurement; Individual Assessment (Wechsler); Individual Assessment (Stanford Binet and Woodcock Johnson); Objective Personality Assessment; Rorschach and Projective Assessment; Forensic Assessment; Adult Psychopathology; Child Psychopathology; Substance Use and Abuse;

- Certified as an Active Parenting Instructor

## COURSES TAUGHT

*Doctoral Level*
Objective Assessment (13 sections); University of Texas at Austin
Psychological Issues in Legal Contexts ("Forensic Psychology," 4 sections); University of Texas at Austin
Ethics in Counseling (13 sections); University of Texas at Austin
Professional Issues (13 sections); University of Texas at Austin
Substance Abuse Theories and Counseling (2 section); University of Texas at Austin
Group Process; University of Texas at Austin (3 sections); Pacific University, Eugene, Oregon (1section)
Psychotherapy Practicum (13 sections); University of Texas at Austin
Multicultural Counseling (1 section); University of Texas at Austin

*Undergraduate Level*
Dynamics of Interpersonal Communication; University of Texas at Austin
Theories of Personality (1 section); University of Southern Mississippi
Introduction to Statistics for the Behavioral Sciences (1 section); University of Southern Mississippi
Group Processes and Procedures (1 section); University of Southern Mississippi
Principles and Processes of Case Management (3 sections); University of Southern Mississippi

## PROFESSIONAL MEMBERSHIPS

Division 41 of the American Psychological Association – American Psychology-Law Society
Society for Personality Assessment

Former member of the R-PAS Research Group headed by Greg Meyer, Ph.D., Joni Mihura, Ph.D., and Don Viglione, Ph.D.

## ASSESSMENT EXPERIENCE[1]

Ackerman-Schoendorf Scales for Parent Evaluation of Custody
Advanced Clinical Solutions
Anxiety Disorders Interview Schedule-Revised

---

[1] Not intended to be a comprehensive list

Beck Inventories (Depression, Anxiety)
Bender Gestalt
Brief Symptom Inventory
Bricklin Perceptual Scales
Brown Attention Deficit Disorder Scales
Booklet Category Test
Children's Apperception Test
Coping Strategies Indicator
Derogatis Sexual Functioning Inventory
Developmental Test of Visual Motor Integration
Dissociative Experiences Scale
Global Assessment of Recent Stress
Hare Psychopathy Checklist
Historical Clinical Risk Management - 20
Incomplete Sentences Blank
Kaufman Assessment Batteries
Projective Drawing Tasks
Level of Service Inventory - Revised
Millon Personality Inventories
Minnesota Multiphasic Personality Inventories
Modern Language Aptitude Test
Myers-Briggs Type Inventory
NEO Personality Inventory-Revised
Peabody Individual Achievement Test
Peabody Picture Vocabulary Test-Revised
Personality Inventory for Children-Revised
Personality Inventory for Youth-Revised
Personality Assessment Inventories
Rorschach Ink Blots (Exner method and R-PAS method)
Sexual Sentence Completion
Stanford-Binet Scales
State Trait Anxiety Inventory
Structured Clinical Interview for the DSM-IV
Structured Interview of Reported Symptoms
Suicide Probability Scale
Symptoms Checklist 90 Revised
Thematic Apperception Test
Trail Making Tests
Test of Variable Attention
Test of Memory Malingering
Vineland Adaptive Behavior Scales
Wechsler Scales
West Haven-Yale Multidimensional Pain Inventory
Wide Range Achievement Test
Wisconsin Card Sort
Woodcock Johnson Cognitive and Achievement Batteries

## PRE-DOCTORAL WORK EXPERIENCE

**1996-1997**        **Child and Adolescent Clinical Therapist**
Luton Mental Health Center/ Genesis-Devereux Learning Center
Nashville, Tennessee

**1994-1997**        **Mental Health Associate**
Columbia/HCA, Centennial Medical Center-Parthenon Pavilion
Nashville, Tennessee

**1992-1993**         <u>**Case Manager I**</u>
                     Mid-Cumberland Community Health Agency
                     Nashville, Tennessee

**1992**             <u>**Teacher-Counselor**</u>
                     Three Springs Wilderness Program
                     Centerville, Tennessee

**1991-1992**         <u>**Habilitation Instructor**</u>
                     East Alabama Mental Health and Mental Retardation
                     Opelika, Alabama

**1991**             <u>**Paraprofessional**</u>
                     East Alabama Mental Health and Mental Retardation
                     Opelika, Alabama

**\***        **This represents an abbreviated version of my CV for forensic and consultation services.  A complete academic version is available on request.**