IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AUDREY K. MILLER, §
Plaintiff, §
§
v. § Civil Action No. 4:15-cv-2824
§
SAM HOUSTON STATE UNIVERSITY, §
Defendant. §

**APPENDIX TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DOCUMENT NAME | Appx. Page No. |
|---|---|---|
| 1 | Deposition of Audrey K. Miller, Volume I (May 25, 2016) (excerpts) | Appx. 0001 – 65 |
| 2 | Deposition of Audrey K. Miller, Volume II (May 26, 2016) (excerpts) | Appx. 0066 – 96 |
| 3 | Declaration of Dr. Dana G. Hoyt | Appx. 0097 – 100 |
| 4 | Declaration of Dr. Christopher Wilson | Appx. 0101 – 122 |
| 5 | Declaration of Dr. Mary Alice Conroy | Appx. 0123 – 129a |
| 6 | Declaration of Dr. Rowland Miller | Appx. 0130 – 135a |
| 7 | SHSU Finance & Operations Human Resources Policy ER-7: Discrimination, Sexual Harassment, and Equal Employment Opportunity | Appx. 0136 – 140 |
| 8 | Letter from John de Castro to Audrey Miller (Mar. 30, 2007) (Audrey Miller Dep. Ex. 3) | Appx. 0141 – 143 |
| 9 | E-mail from Audrey Miller to Christopher Wilson and Mary Alice Conroy (May 25, 2010) (Audrey Miller Dep. Ex. 4) | Appx. 0144 – 146 |
| 10 | E-mail from Mary Alice Conroy to Audrey Miller (Aug. 6, 2012) (Audrey Miller Dep. Ex. 6) | Appx. 0147 – 151 |
| 11 | E-mail from Mary Alice Conroy to Audrey Miller (Apr. 9, 2012) (Audrey Miller Dep. Ex. 8) | Appx. 0152 – 153 |
| 12 | E-mail from David Nelson to Audrey Miller et al. (May 26, 2010) (Audrey Miller Dep. Ex. 5) | Appx. 0154 – 157 |
| 13 | E-mail from Craig Henderson to Audrey Miller (May 25, 2010) (Audrey Miller Dep. Ex. 7) | Appx. 0158 – 161 |

| | | |
|---|---|---|
| 14 | SHSU Faculty Reappointment, Tenure and Promotion Policy (Mar. 19, 2012) | Appx. 0162 – 178 |
| 15 | Letter from Rowland Miller to Christopher Wilson (May 2, 2012) (Audrey Miller Dep. Ex. 12) | Appx. 0179 – 182 |
| 16 | Audrey Miller Promotion and Tenure Review Process Letters (Audrey Miller Dep. Ex. 10) | Appx. 0183 – 194 |
| 17 | Plaintiff's Disclosures Pursuant to Court's October 26, 2015 Order for Disclosure (Audrey Miller Dep. Ex. 2) | Appx. 0195 – 205 |
| 18 | Audrey Miller Charge of Discrimination (May 20, 2013); Amendment 1 to Charge of Discrimination (May 7, 2014); Amendment 2 to Charge of Discrimination (Aug. 25, 2014); Amendment 3 to Charge of Discrimination (Dec. 5, 2014) | Appx. 0206 – 240 |
| 19 | Audrey Miller Requests for Approval for Outside Employment | Appx. 0241 – 243 |
| 20 | E-mail from Audrey Miller to Jeffrey Anastasi et al. (June 14, 2012) (Audrey Miller Dep. Ex. 9) | Appx. 0244 – 245 |
| 21 | Letter from Rowland Miller to Donna Desforges (March 30, 2008) | Appx. 0246 – 247 |
| 22 | Letter from Rowland Miller to Christopher Wilson (March 26, 2009) | Appx. 0248 – 249 |
| 23 | Letter from Rowland Miller to Christopher Wilson (February 20, 2010) | Appx. 0250 – 251 |
| 24 | Letter from Rowland Miller to Christopher Wilson (April 27, 2011) | Appx. 0252 |
| 25 | SHSU's Position Statement (June 13, 2013) | Appx. 0253 – 307 |
| 26 | Deposition of Mary Alice Conroe, Ph.D. (May 16, 2022) (excerpts) | Appx. 0308 – 333 |
| 27 | Tenure Progress Letters to Other Tenure-Track Professors | Appx. 0334 – 351 |
| 28 | Declaration of Dr. Donna Desforges | Appx. 0352 – 357 |
| 29 | Deposition of Donna Desforges (March 15, 2023) (excerpts) | Appx. 0358 - 362 |
| 30 | Deposition of Craig E. Henderson, Ph.D. (May 18, 2022) (excerpts) | Appx. 0363 - 365 |
| 31 | Plaintiff's EOO Training Certificates of Completion | Appx. 0366 - 368 |
| 32 | Deposition of David Nelson (March 27, 2023) (excerpts) | Transcript forthcoming |
| 33 | Deposition of Lydia Fox (March 29, 2023) (excerpts) | Transcript forthcoming |

| | | |
|---|---|---|
| 34 | Deposition of Julie Hall (March 31, 2023) (excerpts) | Transcript forthcoming |

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ Benjamin S Lyles*
BENJAMIN S. LYES
Attorney in Charge
Texas Bar No. 24094808
ERIC FINEMAN
Texas Bar No. 24131811
Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 Phone
(512) 320-0667 Facsimile
benjamin.lyles@oag.texas.gov
eric.fineman@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent via CM/ECF notification on March 31, 2023, to all counsel of record.

*/s/ Benjamin Lyles*
**BENJAMIN LYLES**
Assistant Attorney General