**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AUDREY K. MILLER** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-cv-2824** |
| | § | |
| **SAM HOUSTON STATE UNIVERSITY AND TEXAS STATE UNIVERSITY SYSTEM** | § | **JURY DEMANDED** |
| | § | |
| | § | |
| | § | |
| ***Defendants,*** | § | |

**APPENDIX TO PLAINTIFF'S RESPONSE**
**TO DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Document |
|---|---|
| | Index of Appendix |
| 1. | Conversion Table for ECF 74 to ECF 91 from Plaintiff's 2016 Declaration filed with Plaintiff's MSJ Response |
| 2. | Deposition Transcript of Jefferey Anastasi - November 6, 2023 |
| 3. | Deposition Transcript of Marc Boccaccini - June 14, 2022 |
| 4. | Deposition Transcript of Mary Alice Conroy - May 16, 2022 |
| 5. | Deposition Transcript of Lydia Cruz-Fox - March 29, 2023 |
| 6. | Deposition Transcript of John de Castro – Vol. 2 - September 7, 2023 |
| 7. | Deposition Transcript of Donna Desforges - March 15, 2023 |
| 8. | Deposition Transcript of Julie Hall - April 1, 2023 |
| 9. | Deposition Transcript of Jaimie Hebert - April 20, 2023 |
| 10. | Deposition Transcript of Craig Henderson - May 18, 2022 |
| 11. | Deposition Transcript of Dana Hoyt Deposition - April 14, 2023 |
| 12. | Deposition Transcript of Rowland Miller - August 18, 2022 |
| 13. | Deposition Transcript of David Nelson - March 27, 2023 |
| 14. | Deposition Transcript of Ramona Noland - June 13, 2022 |
| 15. | Deposition Transcript of Diane Stoebner-May - April 26, 2023 |
| 16. | Deposition Transcript of Bernice Strauss - March 22, 2023 (Excerpts) |
| 17. | Deposition Transcript of Kandi Tayebi - November 6, 2023 |

Respectfully Submitted,

TB Robinson Law Group, PLLC

Terrence B. Robinson, Attorney in Charge
Fed. Bar No. 14218
Texas Bar No. 17112900
Email: TRobinson@TBRobinsonlaw.com
7500 San Felipe St., Suite 800
Houston, Texas 77063
Phone: (713) 568-1723
Facsimile: (713) 965-4288
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2024, the foregoing *Appendix to Plaintiff's Response to Defendant's Motion for Summary Judgment* was electronically filed with the Clerk of Court using the CM/ECF system and served on all attorney(s) and/or parties of record via CM/ECF service.

Terrence B. Robinson