# EXHIBIT A

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| **AUDREY K. MILLER,**<br>**Plaintiff,**<br><br>*versus*<br><br>**SAM HOUSTON STATE UNIVERSITY AND TEXAS STATE UNIVERSITY SYSTEM,**<br>**Defendants.** | | HOUSTON DIVISION<br><br>CIVIL ACTION NO. **H-4:15-CV-02824**<br><br>**EXHIBIT LIST** |
| LIST OF:<br>TYPE OF HEARING: | | COUNSEL;: **FOR PLAINTIFF: TERRENCE B. ROBINSON & LAURA HERNANDEZ** |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION (ECF NO. OR BATES NO.) | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | 79-19 Boccaccini Mid-Tenure Review | | | | |
| 2. | 85-14 Henderson FES 05-08 | | | | |
| 3. | 85-13 Boccaccini FES 05-07 | | | | |
| 4. | 85-15 Nelson FES 05-07 | | | | |
| 5. | 80-11 Plaintiff FES 07-12 | | | | |
| 6. | 78-4, 78-5, and 87-7 Holly Miller Communications | | | | |
| 7. | 236-5, 236-6, 236-8, 236-9 DPTAC / Chair Wilson Conspiracy to Deny Plaintiff's PT Application (Jan-Feb 2013) | | | | |
| 8. | SHSU 006427 to 006428 Plaintiff's Mid-Tenure Review Letter (2010, DPTAC) | | | | |
| 9. | 75-2 Plaintiff's Mid-Tenure Review Letter (2010, Wilson) | | | | |
| 10. | 81-16, 81-17, and 81-18 Individual Clinical Supervision Data Gathering from Clindoc Comparators, respectively: Jorge Varela, Craig Henderson, and David Nelson | | | | |
| 11. | 82-1 Met with DCT Conroy May 28, 2010 | | | | |
| 12. | 84-9 RMiller Nonconsent Email | | | | |
| 13. | 80-13 Email to Self 2.12.11 | | | | |
| 14. | 84-10 and 84-11 RMiller Normative Thesis Protocol Emails | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 15. | 75-9 External PT Letters | | | | |
| 16. | 82-20 Plaintiff's PT Denial Letters | | | | |
| 17. | 76-2, 76-3, and 88-6 Plaintiff's FES Assignments, respectively: 2011 (signed 2012), 2012 (signed 2013), and 2013 (signed 2014) | | | | |
| 18. | 86-7 and 75-8 Plaintiff's April 27, 2011 and May 2, 2012 DPTAC Letters | | | | |
| 19. | 84-13 to 84-18 Varela Dissertation (May-June, 2012) | | | | |
| 20. | 82-12 June 2012 DPTAC Letter Response | | | | |
| 21. | 84-19 to 85-2 Noland Thesis (July 2012) | | | | |
| 22. | 85-3 to 85-5 Allen-RMiller Dissertation (July 2012) | | | | |
| 23. | 80-16 and 82-16 Chair Wilson Grievance Meeting and Follow-up (July 2012) | | | | |
| 24. | 85-11 Boccaccini Obstruction Pretext Email (July 2012) | | | | |
| 25. | 82-18 and 82-17 Dean de Castro Grievance Meeting (July 2012) | | | | |
| 26. | 82-19 Recorded Provost Hebert Grievance Meeting (Aug 2012) | | | | |
| 27. | 81-11 Fall 2012 Clin. SV Assignment Emails | | | | |
| 28. | 80-14 Recorded Meeting with DPTAC and CDACPT Chair RMiller (Aug 2012) | | | | |
| 29. | 80-15 Recorded Meeting with Chair Wilson (Aug 2012) | | | | |
| 30. | 83-12, 83-19, 83-13, 83-15, 83-16, and 83-20 Fall 2012 PT Harassment by Dept. Chair Wilson and DPTAC/CDACPT Chair RMiller | | | | |
| 31. | 83-14 Recorded Meeting with Chair Wilson (Sept 2012) | | | | |
| 32. | 83-17 Recorded Meeting with Chair Wilson (Oct 2012) | | | | |
| 33. | 80-19 Recorded Clindoc Faculty Meeting (Nov 2012) - CONFIDENTIAL | | | | |
| 34. | 85-20 Notes Re Missing PT App. Pages | | | | |
| 35. | 85-6 to 85-8 Plaintiff Dissertation (Jan 2013) | | | | |
| 36. | 81-1 Student Candidate Emails (Jan-Feb, 2013) | | | | |
| 37. | 86-8 Recorded Meeting with Dean de Castro (Mar, 2013) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 38. | 76-9 SHSU Audit - Underutilization of Women | | | | |
| 39. | 75-7 Mentorship Honors | | | | |
| 40. | 80-17 Cruz-Fox Gender Discrimination Admission | | | | |
| 41. | 81-12 Noland Admission Re Discrediting of Clinical Work by Boccaccini | | | | |
| 42. | 82-3 Recorded Chair Wilson Grievance Meeting (Jun 2013) | | | | |
| 43. | 86-10 Dean de Castro Grievance Meeting – Explicit Retaliation (Jun 2013) | | | | |
| 44. | 79-7, 79-6, 86-14, and 86-11 Defendants' Official Statements (Jun 2013 to Oct 2014) | | | | |
| 45. | 81-7 Strauss Call Notes (Jun 2013) | | | | |
| 46. | 77-5 Early PT Among Male Comparators | | | | |
| 47. | 91 (Manual) David Nelson PT App | | | | |
| 48. | 91 (Manual) Marc Boccaccini PT App | | | | |
| 49. | 91 (Manual) Jeff Anastasi PT App | | | | |
| 50. | 91 (Manual) Craig Henderson PT App | | | | |
| 51. | 77-3 Jamey Crosby PT App | | | | |
| 52. | 77-4 Jorge Varela PT App | | | | |
| 53. | 91 (Manual) Plaintiff PT App (sans publications) | | | | |
| 54. | SHSU 002768 to 002770 Crosby & Varela PT Qualifications | | | | |
| 55. | 91 (Manual) Schedule of Classes | | | | |
| 56. | 79-9 to 79-17 IDEA Lists, respectively: Allen, Anastasi, Boccaccini, Cramer, Crosby, Henderson, RMiller, Nelson, and Plaintiff | | | | |
| 57. | 86-3 to 86-5 IDEA Forms, respectively: Anastasi, Henderson, and Nelson | | | | |
| 58. | 80-1, 80-2, and 84-12 Rob Cramer Privileges | | | | |
| 59. | 80-9 Department Faculty Salaries (9 mo) | | | | |
| 60. | 85-16 Systematic Gender Bias in FES Scores | | | | |
| 61. | 70-5 Chair Wilson Affidavit (2016) | | | | |
| 62. | 76-8 Recorded Stoebner-May Phone Call (Aug 2014) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 63. | 78-3 Recorded Meeting with CDACPT Member Julie Hall (Sept 2014) | | | | |
| 64. | 79-8 Recorded Grievance Hearing Statement by Provost Hebert (Oct 2013) | | | | |
| 65. | 80-18 Recorded Cruz-Fox Phone Call (Aug 2014) | | | | |
| 66. | 87-18 and 82-5 TSUS Vice Chancellor and General Counsel Gomez Admissions | | | | |
| 67. | Dean de Castro First Depo Transcript (Mar 2023) | | | | |
| 68. | 81-5 Clindoc Student Observation of Gender-Based Power Differentials Mocked (Oct 2012) | | | | |
| 69. | 78-6 to 79-5 Gender Disparities in Startup / Resources | | | | |
| 70. | 76-4 CHSS Orientation – No Collegiality PT Criterion | | | | |
| 71. | 76-10 and 77-1 Plaintiff's Protected Activities to Counteract Failures to Recruit or Interview Women | | | | |
| 72. | 75-1 and 75-3 Institutional PT Policies, respectively: CHSS and SHSU | | | | |
| 73. | 76-1, 75-4, and 75-5 Institutional FES Policies, respectively: SHSU and CHSS | | | | |
| 74. | 75-6 Abundant Mentorship Interest from Students – Lack of Interest is Demonstrable Pretext | | | | |
| 75. | 80-6 Plaintiff Did Not Choose Gender Disparities - Demonstrable Lies Re "Course Choice" | | | | |
| 76. | 80-7 v. 80-8 76. Preferential Treatment of Male Scholarship - Before and After Plaintiff's Protected Complaint | | | | |
| 77. | 81-2 to 81-4, and 87-12 Clindoc Student Feedback, respectively: 2011, 2012, 2013; cf. Hamilton | | | | |
| 78. | 81-8, 81-9, and 87-11 Diane Stoebner-May Communications | | | | |
| 79. | 81-10 Universities to Fear Wiki Post | | | | |
| 80. | 82-9 and 82-10 Faculty Senate Minutes, respectively: 2012 and 2014 | | | | |
| 81. | 83-1 to 83-11, 88-16, and 88-17 DCT Conroy Escalated Harassment / Pretext Generation re Clinical Supervision (Aug 2012-Jan 2013) | | | | |
| 82 | 84-1 to 84-2 PT Review Schedule (2012-13) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 83. | 84-7 and 85-12 Clindoc Handbook Dissertation Policy Change Lies | | | | |
| 84. | 87-8 to 87-10 David Nelson Duplicity | | | | |
| 85. | 83-18 and 86-2 Chair Wilson Correspondence with Jeff Anastasi's v. Plaintiff's External PT Evaluators | | | | |
| 86. | 84-8 Boccaccini on "PTSD" from "Subpar" Student Research | | | | |
| 87. | 87-19 and 88-1 Merit Pay Retaliation | | | | |
| 88. | 87-20 Merit Pay Policy | | | | |
| 89. | 87-5 Witness Interference | | | | |
| 90. | 88-18 and 88-19 IDEA Interpretation (2012) | | | | |
| 91. | 156-7 Alissa Sherry Expert Report | | | | |
| 92. | 156-9 Kevin E. Cahill Expert Report | | | | |
| 93. | 156-10 Laura Brown Expert Report | | | | |
| 94. | 156-12 Peter Glick Expert Report | | | | |
| 95. | TB Robinson Law Group – Audrey Miller Expense Report | | | | |