United States District Court
Southern District of Texas

**ENTERED**

April 03, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY K. MILLER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:15-2824 |
| | § | |
| SAM HOUSTON STATE UNIVERSITY | § | |
| *et al.* | § | |

## AMENDED SCHEDULING ORDER

Because of the Court's current criminal trial setting, the schedule in this case is hereby reset

as follows:

Pretrial Conference is set for **10:00 AM** on:                **April 14, 2025**

Trial is set for 9:00 AM on:                                            **April 15, 2025**
*The case will remain on standby until tried.*

The parties are advised that the Court will entertain no further continuances and this case will

continue on the docket for trial from day to day until reached. The Court is currently in a trial that

may impact these dates, but intends to try this case on the above referenced dates or as soon as the

trial finishes.

SIGNED this _____ 3ʳᵈ _____ day of April 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE