United States District Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY K. MILLER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:15-2824 |
| | § | |
| SAM HOUSTON STATE UNIVERSITY | § | |
| *et al.* | § | |

## ORDER

This case was set for its final pretrial conference on April 14 with the trial to begin on April 15, 2025. The Court is currently in trial in *United States v. Anthony Hutchison et al*, case number 4:21cr588. This case will carry into the week of April 14. Consequently, the Court resets this case for Final Pretrial Conference on June 16, 2025 at 10:00 AM and begin the jury selection and trial on June 23, 2025.

SIGNED this 10th day of April 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE