## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY K. MILLER, | § | |
| | § | |
| *PLAINTIFF*, | § | |
| | § | CIVIL ACTION NO. 4:15-CV-2824 |
| VS. | § | |
| | § | |
| SAM HOUSTON STATE UNIVERSITY | § | |
| | § | |
| *DEFENDANT*. | § | |

### PLAINTIFF'S SECOND AMENDED TRIAL DEPOSITION DESIGNATIONS

Pursuant to the Court's Scheduling Order (Doc. No. #268), Plaintiff Audrey K. Miller ("Plaintiff") herby identifies the deposition excerpts by page and line numbers of the deposition testimony that Plaintiff expects to present at trial.

**John DeCastro, Ph. D. Deposition, March 16, 2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 53:25 | 54:2 |
| 57:17 | 57:23 |
| 58:6 | 58:9 |
| 62:7 | 62:20 |
| 62:23 | 63:3 |
| 63:17 | 63:22 |
| 65:1 | 65:10 |
| 65:13 | 65:20 |
| 65:23 | 66:5 |
| 66:8 | 67:1 |
| 67:6 | 67:9 |
| 67:13 | 67:20 |
| 67:25 | 68:8 |

| | |
|---|---|
| 68:12 | 68:14 |
| 68:18 | 68:24 |
| 68:25 | 69:9 |
| 69:15 | 69:17 |
| 71:2 | 71:4 |
| 71:8 | 71:10 |
| 71:12 | 71:17 |
| 72:3 | 72:17 |
| 72:20 | 74:5 |
| 74:8 | 74:20 |
| 77:10 | 77:12 |
| 77:17 | 77:19 |
| 77:24 | 78:3 |
| 78:9 | 78:12 |
| 78:14 | 78:15 |
| 79:8 | 79:11 |
| 79:12 | 80:2 |
| 80:3 | 81:25 |
| 82:1 | 82:21 |
| 83:8 | 84:3 |
| 84:10 | 84:17 |
| 87:10 | 87:13 |
| 87:17 | 87:25 |
| 88:5 | 88:13 |
| 88:18 | 88:20 |
| 89:9 | 89:11 |
| 92:23 | 93:10 |
| 93:16 | 94:13 |
| 96:3 | 96:15 |
| 96:23 | 97:10 |

| | |
|---|---|
| 97:11 | 98:6 |
| 98:19 | 98:25 |
| 99:3 | 101:3 |
| 101:4 | 101:25 |
| 102:1 | 102:14 |
| 102:23 | 103:5 |
| 105:22 | 106:3 |
| 106:23 | 106:23 |
| 107:1 | 107:2 |
| 107:5 | 107:19 |
| 107:21 | 108:9 |
| 108:18 | 108:25 |
| 109:1 | 110:8 |
| 110:17 | 110:22 |
| 111:16 | 111:25 |
| 112:17 | 113:3 |
| 113:18 | 113:20 |
| 113:23 | 114:6 |
| 114:7 | 114:13 |
| 114:18 | 114:22 |
| 114:25 | 115:4 |
| 115:15 | 115:22 |
| 116:3 | 116:3 |
| 116:19 | 117:1 |
| 117:4 | 117:11 |
| 117:14 | 117:14 |
| 117:15 | 118:1 |
| 119:6 | 119:14 |
| 119:16 | 120:3 |
| 120:5 | 121:7 |

| | |
|---|---|
| 121:17 | 123:6 |
| 123:9 | 123:20 |
| 123:23 | 124:13 |
| 124:20 | 125:20 |
| 126:2 | 128:18 |
| 128:21 | 129:2 |
| 129:19 | 130:24 |
| 131:4 | 131:15 |
| 131:18 | 131:24 |
| 132:19 | 132:24 |
| 134:4 | 134:8 |
| 134:10 | 134:12 |
| 134:21 | 134:25 |
| 135:9 | 135:13 |
| 135:14 | 135:18 |
| 135:21 | 135:22 |
| 135:23 | 136:12 |
| 136:13 | 136:14 |
| 136:15 | 136:25 |
| 137:3 | 137:8 |
| 137:11 | 137:18 |
| 137:25 | 138:8 |
| 138:24 | 139:15 |
| 140:20 | 140:24 |
| 141:22 | 141:25 |
| 142:03 | 142:06 |
| 142:12 | 142:20 |
| 142:23 | 143:4 |
| 143:8 | 143:11 |
| 143:14 | 143:23 |

| | |
|---|---|
| 143:25 | 145:4 |
| 145:8 | 145:14 |
| 146:8 | 146:25 |
| 147:1 | 148:13 |
| 148:16 | 149:6 |
| 149:11 | 149:22 |
| 149:25 | 152:1 |
| 152:10 | 152:15 |
| 153:12 | 153:17 |
| 153:19 | 154:1 |
| 154:14 | 154:19 |
| 154:20 | 155:5 |
| 155:8 | 155:15 |
| 155:19 | 156:21 |
| 157:11 | 157:17 |
| 157:18 | 158:9 |
| 158:11 | 158:20 |
| 160:4 | 160:14 |
| 160:22 | 161:1 |
| 163:1 | 163:2 |
| 163:4 | 164:8 |
| 164:13 | 164:15 |
| 164:18 | 164:20 |
| 164:24 | 165:4 |
| 165:7 | 165:11 |
| 170:25 | 171:02 |
| 171:10 | 171:13 |
| 171:21 | 171:23 |
| 172:1 | 172:12 |
| 172:17 | 173:15 |

| | |
|---|---|
| 174:22 | 175:3 |
| 175:6 | 175:25 |
| 177:2 | 177:25 |
| 178:1 | 180:15 |
| 180:18 | 181:12 |
| 181:15 | 181:21 |
| 182:1 | 182:4 |
| 182:7 | 183:17 |
| 183:20 | 183:22 |
| 183:25 | 184:20 |
| 184:24 | 185:2 |
| 185:5 | 185:19 |
| 185:22 | 185:22 |
| 186:2 | 186:5 |
| 186:8 | 186:23 |
| 187:1 | 187:6 |
| 187:8 | 187:8 |
| 187:11 | 187:18 |
| 187:21 | 188:13 |
| 188:16 | 188:17 |
| 189:4 | 189:9 |
| 189:12 | 190:5 |
| 190:17 | 191:19 |
| 191:22 | 193:21 |
| 194:1 | 194:13 |
| 201:23 | 203:3 |
| 203:6 | 203:6 |
| 203:8 | 205:10 |
| 205:12 | 205:17 |
| 206:15 | 206:18 |

| 206:20 | 206:20 |
|--------|--------|
| 206:23 | 207:2  |
| 207:4  | 207:25 |
| 208:1  | 208:25 |
| 209:1  | 209:3  |
| 209:6  | 211:3  |
| 211:6  | 211:8  |
| 211:11 | 211:12 |
| 212:4  | 212:12 |
| 212:17 | 212:19 |

**Lydia Fox Deposition, March 29,2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4-19 | 4-20 |
| 5-4 | 5-6 |
| 5-7 | 5-8 |
| 7-18 | 8-1 |
| 8-8 | 8-10 |
| 11-13 | 11-14 |
| 11-15 | 11-16 |
| 11-17 | 11-19 |
| 19-24 | 20-1 |
| 20-2 | 20-5 |
| 20-6 | 20-10 |
| 20-11 | 20-17 |
| 20-18 | 20-20 |
| 20-21 | 20-23 |
| 20-24 | 21-1 |
| 21-2 | 21-7 |
| 21-8 | 21-14 |
| 22-6 | 22-9 |
| 22-10 | 22-11 |
| 22-12 | 22-14 |
| 22-15 | 22-17 |
| 23-18 | 23-24 |
| 23-25 | 24-2 |
| 24-18 | 24-22 |
| 24-23 | 25-2 |
| 25-3 | 25-4 |
| 25-5 | 25-6 |
| 25-7 | 25-9 |

| | |
|---|---|
| 25-10 | 25-14 |
| 25-15 | 25-17 |
| 25-18 | 25-19 |
| 25-20 | 25-24 |
| 25-25 | 26-2 |
| 26-3 | 26-5 |
| 26-6 | 26-7 |
| 26-8 | 26-10 |
| 26-11 | 26-13 |
| 26-14 | 26-16 |
| 26-17 | 26-19 |
| 26-20 | 27-1 |
| 27-2 | 27-3 |
| 29-18 | 29-21 |
| 29-22 | 30-10 |
| 30-15 | 30-22 |
| 30-23 | 31-4 |
| 31-5 | 31-14 |
| 31-15 | 31-16 |
| 31-17 | 32-3 |
| 32-4 | 32-20 |
| 32-21 | 32-25 |
| 34-9 | 34-12 |
| 34-13 | 35-3 |
| 35-4 | 36-14 |
| 36-15 | 36-16 |
| 36-17 | 36-18 |
| 36-19 | 36-22 |
| 36-23 | 36-24 |
| 36-25 | 37-6 |

| | |
|---|---|
| 37-7 | 37-21 |
| 37-22 | 37-22 |
| 42-2 | 42-10 |
| 42-11 | 42-17 |
| 42-18 | 42-20 |
| 42-21 | 43-3 |
| 43-4 | 43-6 |
| 43-7 | 43-9 |
| 43-19 | 44-6 |
| 45-1 | 45-3 |
| 45-4 | 45-6 |
| 45-7 | 46-2 |
| 46-3 | 46-5 |
| 46-6 | 46-8 |
| 46-9 | 46-13 |
| 46-14 | 46-16 |
| 46-17 | 46-20 |
| 46-21 | 46-22 |
| 46-23 | 47-3 |
| 47-4 | 47-6 |
| 47-7 | 47-9 |
| 47-10 | 47-18 |
| 47-19 | 47-25 |
| 48-14 | 48-21 |
| 48-22 | 49-4 |
| 49-5 | 49-8 |
| 49-9 | 49-12 |
| 49-13 | 49-15 |
| 49-16 | 50-4 |
| 50-5 | 50-8 |

| | |
|---|---|
| 50-9 | 50-11 |
| 50-12 | 52-15 |
| 52-16 | 52-17 |
| 52-18 | 52-21 |
| 52-22 | 53-17 |
| 53-18 | 53-20 |
| 53-21 | 53-22 |
| 53-23 | 54-2 |
| 54-3 | 54-7 |
| 54-8 | 54-12 |
| 55-17 | 55-21 |
| 56-3 | 56-5 |
| 58-2 | 58-5 |
| 58-6 | 58-9 |
| 58-10 | 58-12 |
| 58-13 | 58-14 |
| 58-15 | 58-23 |
| 58-24 | 59-2 |
| 59-3 | 59-6 |
| 59-7 | 59-14 |
| 59-15 | 59-17 |
| 59-18 | 61-6 |
| 61-7 | 61-10 |
| 61-11 | 61-13 |
| 61-14 | 61-16 |
| 61-17 | 61-19 |
| 61-20 | 61-24 |
| 61-25 | 62-1 |
| 62-2 | 62-17 |
| 62-18 | 62-20 |

| | |
|---|---|
| 62-21 | 62-25 |
| 63-1 | 63-3 |
| 63-4 | 63-6 |
| 63-7 | 63-8 |
| 63-9 | 63-10 |
| 63-11 | 63-17 |
| 63-18 | 64-6 |
| 64-7 | 64-8 |
| 64-9 | 64-20 |
| 64-21 | 64-23 |
| 64-24 | 65-3 |
| 65-4 | 65-6 |
| 65-7 | 65-11 |
| 65-14 | 65-17 |
| 65-18 | 66-1 |

**David V. Nelson Deposition, March 27, 2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4:19 | 4:20 |
| 5:7 | 5:19 |
| 11:10 | 11:23 |
| 15:9 | 15:25 |
| 16:16 | 16:19 |
| 21:16 | 21:20 |
| 22:24 | 23:13 |
| 24:25 | 25:2 |
| 25:6 | 25:12 |
| 25:25 | 26:2 |
| 27:9 | 27:17 |
| 28:2 | 28:6 |
| 28:16 | 28:17 |
| 28:25 | 29:12 |
| 31:14 | 31:16 |
| 31:19 | 33:22 |
| 33:25 | 34:2 |
| 34:10 | 35:13 |
| 35:21 | 35:24 |
| 36:1 | 36:4 |
| 36:7 | 36:12 |
| 36:21 | 37:1 |
| 37:23 | 38:2 |
| 38:15 | 41:25 |
| 42:4 | 42:19 |
| 42:24 | 43:4 |
| 43:7 | 43:13 |

| | |
|---|---|
| 44:7 | 44:7 |
| 45:12 | 45:15 |
| 45:18 | 46:1 |
| 46:23 | 48:3 |
| 50:7 | 51:9 |
| 51:15 | 52:24 |
| 58:2 | 59:18 |
| 59:22 | 60:21 |
| 61:2 | 62:15 |
| 62:20 | 62:25 |
| 63:5 | 63:6 |
| 63:8 | 63:12 |
| 63:15 | 64:12 |
| 64:15 | 64:20 |
| 64:23 | 65:4 |
| 68: 3 | 69:14 |
| 73:1 | 73:3 |
| 73:6 | 73:12 |
| 73:15 | 73:17 |
| 73:21 | 73:22 |
| 73:24 | 73:25 |
| 74:2 | 74:2 |
| 74:5 | 74:5 |
| 74:25 | 75:9 |
| 75:13 | 75:14 |
| 75:19 | 76:3 |
| 76:16 | 77:2 |
| 77:24 | 79:5 |
| 79:14 | 80:2 |
| 80:7 | 80:16 |

| | |
|---|---|
| 80:22 | 81:7 |
| 83:18 | 83:23 |
| 84:6 | 84:18 |
| 84:22 | 85:14 |
| 85:17 | 86:7 |
| 86:12 | 87:11 |
| 87:14 | 87:19 |
| 88:9 | 88:13 |
| 88:15 | 88:15 |
| 88:20 | 88:25 |
| 89:3 | 89:11 |
| 89:15 | 90:14 |
| 90:17 | 91:4 |
| 91:18 | 92:21 |
| 92:24 | 93:4 |
| 93:7 | 93:18 |
| 95:7 | 96:10 |
| 96:14 | 97:21 |
| 97:25 | 98:2 |
| 98:6 | 98:9 |
| 99:1 | 99:12 |
| 99:16 | 100:4 |
| 100:7 | 100:11 |
| 100:14 | 101:2 |
| 101:5 | 101:8 |
| 101:12 | 101:15 |
| 101:24 | 103:7 |
| 103:9 | 103:9 |
| 103:11 | 103:14 |
| 103:18 | 103:22 |

| | |
|---|---|
| 103:25 | 104:2 |
| 104:15 | 104:24 |
| 105:5 | 105:10 |
| 105:20 | 106:3 |
| 113:9 | 113:15 |
| 113:18 | 114:16 |
| 114:20 | 115:2 |
| 115:8 | 115:10 |
| 115:12 | 116:2 |
| 116:5 | 117:5 |
| 117:12 | 117:20 |
| 118:1 | 118:25 |
| 119:5 | 120:8 |
| 120:11 | 120:15 |
| 120:17 | 120:20 |
| 120:23 | 121:3 |
| 121:6 | 122:2 |
| 122:5 | 122:11 |
| 122:14 | 122:18 |
| 122:21 | 122:23 |
| 123:1 | 123:3 |
| 123:10 | 123:12 |
| 123:16 | 123:19 |
| 123:22 | 127:10 |
| 127:15 | 127:23 |
| 128:4 | 128:16 |
| 128:19 | 128:23 |
| 129:2 | 130:6 |
| 130:18 | 133:5 |
| 133:9 | 133:12 |

| | |
|---|---|
| 133:25 | 135:15 |
| 135:18 | 137:18 |
| 137:21 | 139:21 |
| 140:10 | 140:15 |
| 141:5 | 141:25 |
| 142:6 | 144:1 |
| 144:5 | 145:17 |
| 145:22 | 146:8 |
| 146:12 | 147:3 |
| 147:6 | 147:10 |
| 147:13 | 147:25 |
| 148:8 | 148:25 |
| 149:5 | 149:9 |
| 149:12 | 149:17 |
| 149:20 | 150:15 |
| 150:18 | 151:12 |
| 151:15 | 152:1 |
| 152:5 | 153:7 |
| 156:6 | 157:22 |
| 158: 3 | 158:16 |
| 158:22 | 159:15 |
| 159:18 | 159:22 |
| 159:25 | 159:25 |
| 160:18 | 161:8 |
| 161:11 | 161:13 |
| 161:15 | 161:21 |
| 161:25 | 163:9 |
| 163:13 | 163:25 |
| 165:21 | 167:8 |
| 167:11 | 167:20 |

| | |
|---|---|
| 167:23 | 168:2 |
| 168:5 | 168:10 |
| 168:16 | 168:22 |
| 168:25 | 169:24 |
| 171:22 | 172:08 |
| 172:12 | 173:1 |
| 173:4 | 173:4 |
| 176:23 | 176:23 |
| 178:19 | 180:1 |
| 180:13 | 181:19 |
| 181:22 | 182:6 |
| 182:9 | 182:16 |
| 183:1 | 183:16 |
| 183:20 | 184:3 |
| 184:6 | 184:13 |
| 184:16 | 184:23 |
| 185:1 | 185:11 |
| 185:17 | 185:21 |
| 185:24 | 186:12 |
| 186:15 | 186:21 |
| 188:1 | 188:25 |
| 187:5 | 189:6 |
| 189:9 | 191:17 |
| 191:20 | 192:15 |
| 193:1 | 193:11 |
| 193:17 | 193:24 |
| 194:3 | 194:5 |
| 194:7 | 194:21 |
| 195:5 | 195:11 |
| 196:4 | 196:6 |

| | |
|---|---|
| 196:8 | 196:8 |
| 196:17 | 196:20 |
| 196:24 | 197:8 |
| 197:12 | 197:18 |
| 198:12 | 198:17 |
| 199:8 | 199:10 |
| 199:15 | 199:20 |
| 199:23 | 200:3 |

**Rowland Miller, August 18, 2022**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4:17 | 4:25 |
| 5:12 | 18:22 |
| 19:27 | 21:04 |
| 21:22 | 28:01 |
| 28:12 | 29:14 |
| 33:25 | 36:25 |
| 38:04 | 38:17 |
| 39:19 | 39:25 |
| 43:20 | 44:05 |
| 45:01 | 45:07 |
| 46:03 | 47:04 |
| 49:19 | 52:08 |
| 57:02 | 57:08 |
| 59:11 | 65:25 |
| 67:21 | 72:24 |
| 91:12 | 92:05 |
| 93:21 | 94:13 |
| 95:08 | 96:13 |
| 97:08 | 98:21 |
| 99:02 | 99:20 |
| 101:13 | 101:25 |
| 103:11 | 104:22 |
| 105:14 | 106:01 |
| 106:08 | 107:11 |
| 108:12 | 109:14 |
| 109:17 | 111:19 |
| 112:21 | 116:20 |
| 117:18 | 118:16 |

| | |
|---|---|
| 118:18 | 118:19 |
| 119:08 | 120:08 |
| 120:24 | 122:16 |
| 124:15 | 126:01 |
| 126:13 | 127:04 |
| 127:18 | 127:24 |
| 128:05 | 128:08 |
| 129:03 | 134:13 |
| 134:15 | 135:24 |
| 136:01 | 136:04 |
| 136:06 | 137:19 |
| 137:21 | 138:24 |
| 139:01 | 140:04 |
| 140:11 | 140:12 |
| 141:02 | 141:18 |
| 142:02 | 142:09 |
| 143:05 | 143:08 |
| 143:10 | 143:12 |
| 143:14 | 144:02 |
| 144:04 | 144:10 |
| 29-13 | 29-15 |
| 29-16 | 29-20 |
| 29-21 | 30-3 |
| 30-4 | 30-6 |
| 30-7 | 30-20 |
| 30-21 | 30-22 |
| 30-23 | 30-25 |
| 31-1 | 31-14 |
| 31-15 | 31-21 |
| 31-22 | 31-24 |

| | |
|---|---|
| 31-25 | 32-2 |
| 32-3 | 32-6 |
| 33-25 | 34-2 |
| 34-3 | 34-7 |
| 34-8 | 34-16 |
| 34-17 | 34-20 |
| 34-21 | 35-2 |
| 35-3 | 35-7 |
| 35-8 | 35-13 |
| 35-14 | 35-16 |
| 35-17 | 35-18 |
| 35-19 | 35-20 |
| 35-21 | 35-22 |
| 35-23 | 36-2 |
| 36-3 | 36-9 |
| 36-10 | 36-12 |
| 36-13 | 36-18 |
| 36-19 | 36-23 |
| 36-24 | 36-25 |
| 38-4 | 38-17 |
| 144:12 | 144:19 |
| 152:06 | 152:13 |
| 158:11 | 158:17 |
| 158:19 | 158:21 |
| 158:23 | 159:14 |
| 160:2 | 160:19 |
| 161:1 | 162:24 |
| 163:1 | 163:24 |
| 164:1 | 165:14 |
| 165:16 | 166:12 |

| | |
|---|---|
| 171:16 | 172:2 |
| 172:4 | 173:3 |
| 173:5 | 173:09 |
| 173:11 | 173:13 |
| 173:15 | 175:01 |
| 175:03 | 175:05 |
| 175:07 | 175:17 |
| 175:22 | 176:2 |
| 180:18 | 180:22 |
| 180:24 | 181:1 |
| 181:03 | 181:05 |
| 181:07 | 181:08 |
| 181:11 | 181:14 |
| 181:16 | 181:16 |
| 182:13 | 182:13 |
| 183:5 | 183:10 |
| 183:12 | 183:17 |
| 186:3 | 186:17 |
| 187:6 | 187:08 |
| 187:10 | 187:11 |
| 187:13 | 187:19 |
| 188:9 | 188:24 |
| 189:12 | 189:25 |
| 193:7 | 193:09 |
| 193:18 | 194:09 |
| 194:15 | 194:19 |
| 194:21 | 195:03 |
| 195:05 | 195:12 |
| 195:14 | 196:07 |
| 197:06 | 197:07 |

| | |
|---|---|
| 197:09 | 198:12 |
| 199:19 | 201:14 |
| 201:16 | 202:07 |
| 204:04 | 205:05 |
| 205:07 | 205:24 |
| 206:19 | 207:04 |
| 209:24 | 210:08 |
| 214:12 | 214:22 |
| 214:24 | 216:6 |
| 216:13 | 219:13 |
| 219:15 | 219:24 |
| 220:06 | 220:13 |
| 221:04 | 221:24 |
| 222:01 | 226:11 |
| 226:13 | 226:25 |
| 228:03 | 228:08 |
| 231:07 | 233:11 |
| 238:18 | 238:25 |
| 239:04 | 239:05 |

| | |
|---|---|
| 240:25 | 240:25 |
| 241:01 | 241:06 |
| 241:08 | 241:17 |
| 241:19 | 241:20 |
| 241:24 | 243:12 |
| 243:16 | 244:01 |
| 244:03 | 244:20 |
| 244:22 | 245:18 |
| 245:20 | 245:20 |

**Bernice S. Strauss Ph.D, March 22, 2023**

| Start Page: Line | End Page: Line |
|---|---|
| 4:7 | 4:8 |
| 5:10 | 5:12 |
| 5:15 | 5:16 |
| 7:25 | 8:21 |
| 8:24 | 9:5 |
| 9:13 | 11:11 |
| 11:23 | 11:25 |
| 12:5 | 12:12 |
| 12:15 | 13:5 |
| 13:20 | 13:25 |
| 14:5 | 15:17 |
| 15:20 | 15:22 |
| 16:8 | 17:5 |
| 18:4 | 18:11 |
| 20:16 | 21:18 |
| 21:21 | 22:13 |
| 22:15 | 23:25 |
| 24:2 | 24:25 |
| 25:6 | 25:6 |
| 25:9 | 25:11 |
| 25:13 | 25:13 |
| 25:15 | 25:23 |
| 26:7 | 26:7 |
| 26:9 | 27:5 |
| 27:10 | 27:17 |
| 34:1 | 34:10 |
| 34:12 | 34:18 |

| 35:2 | 35:11 |
|------|-------|

**Diane Stoebner-May Ph.D. April 26, 2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4:19 | 5:3 |
| 6:20 | 7:1 |
| 7:9 | 7:19 |
| 8:11 | 8:25 |
| 9:15 | 11:20 |
| 26:16 | 29:6 |
| 30:16 | 32:11 |
| 33:3 | 33:12 |
| 36:15 | 38:3 |
| 38:8 | 38:15 |
| 39:18 | 40:6 |
| 40:10 | 42:10 |
| 42:14 | 43:14 |
| 43:16 | 43:22 |
| 44:12 | 44:14 |
| 44:17 | 44:20 |
| 45:2 | 46:10 |
| 46:13 | 46:19 |
| 47:13 | 47:22 |
| 48:7 | 48:9 |
| 49:10 | 50:18 |
| 51:21 | 52:7 |
| 52:21 | 53:12 |
| 53:18 | 54:4 |
| 54:14 | 56:9 |
| 56:12 | 57:2 |
| 57:13 | 57:15 |

**Jamie Herbert Ph.D. April 20, 2023**

| Start Page : Line | End Page : Line |
|:---:|:---:|
| 6:5 | 6:7 |
| 9:23 | 9:24 |
| 11:21 | 12:13 |
| 12:25 | 13:5 |
| 13:23 | 14:4 |
| 16:23 | 17:6 |
| 19:11 | 19:16 |
| 21:20 | 22:4 |
| 23:3 | 23:20 |
| 28:13 | 28:21 |
| 29:12 | 29:14 |
| 29:22 | 29:25 |
| 30:16 | 30:21 |
| 38:8 | 44:19 |
| 44:24 | 45:10 |
| 46:12 | 46:18 |
| 49:17 | 50:3 |
| 51:4 | 51:6 |
| 51:17 | 51:21 |
| 52:21 | 54:21 |
| 55:23 | 56:24 |
| 57:11 | 57:21 |
| 59:18 | 60:7 |
| 60:13 | 60:23 |
| 61:17 | 61:25 |
| 62:8 | 62:25 |
| 64:2 | 65:2 |
| 67:6 | 68:3 |

| | |
|---|---|
| 71:23 | 72:13 |
| 73:1 | 73:12 |
| 74:17 | 74:20 |
| 75:19 | 77:7 |
| 77:19 | 78:5 |
| 79:4 | 81:9 |
| 83:12 | 83:17 |
| 83:22 | 83:24 |
| 86:7 | 86:24 |
| 87:14 | 88:1 |
| 88:7 | 88:9 |
| 89:24 | 90:17 |
| 91:10 | 91:17 |
| 93:3 | 93:14 |
| 93:19 | 93:24 |
| 94:22 | 95:14 |
| 97:4 | 98:23 |
| 99:24 | 100:9 |
| 100:19 | 100:25 |
| 101:14 | 102:14 |
| 103:9 | 106:24 |
| 107:3 | 109:1 |
| 110:16 | 111:18 |
| 113:20 | 113:25 |
| 116:4 | 116:14 |
| 119:23 | 120:20 |
| 121:7 | 123:6 |
| 124:23 | 125:5 |
| 126:9 | 127:2 |
| 127:7 | 128:1 |

| | |
|---|---|
| 128:13 | 129:4 |
| 129:23 | 130:15 |
| 130:24 | 131:9 |
| 131:16 | 132:21 |
| 133:17 | 134:13 |
| 134:23 | 136:2 |
| 136:16 | 136:19 |
| 137:15 | 138:2 |
| 138:18 | 138:25 |
| 139:10 | 140:5 |
| 141:4 | 141:24 |
| 142:15 | 143:12 |
| 146:25 | 148:17 |
| 149:22 | 151:2 |
| 153:7 | 153:15 |
| 156:22 | 158:3 |
| 158:10 | 158:14 |
| 159:7 | 160:18 |
| 161:4 | 161:12 |
| 162:8 | 162:22 |
| 163:12 | 165:11 |
| 165:19 | 166:14 |

**Julie E. Hall Ph. D April 1, 2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4:9 | 4:14 |
| 7:1 | 7:12 |
| 7:17 | 7:19 |
| 9:12 | 9:21 |
| 10:12 | 10:19 |
| 11:21 | 12:5 |
| 14:3 | 14:6 |
| 14:9 | 14:17 |
| 19:13 | 19:15 |
| 19:24 | 20:18 |
| 21:9 | 22:13 |
| 23:10 | 23:20 |
| 29:13 | 30:1 |
| 31:8 | 31:15 |
| 32:8 | 32:24 |
| 33:9 | 34:3 |
| 34:11 | 34:16 |
| 35:17 | 36:2 |
| 36:11 | 37:7 |
| 37:8 | 37:24 |
| 37:25 | 38:5 |
| 39:4 | 39:7 |
| 39:8 | 39:19 |
| 40:8 | 40:10 |
| 41:7 | 41:16 |
| 41:22 | 41:24 |

| | |
|---|---|
| 42:12 | 42:14 |
| 43:8 | 43:10 |
| 43:15 | 43:21 |
| 43:22 | 43:25 |
| 44:10 | 44:19 |
| 46:4 | 46:12 |
| 47:4 | 47:9 |
| 49:12 | 49:15 |
| 50:2 | 50:5 |
| 50:9 | 50:18 |
| 50:19 | 51:1 |
| 51:10 | 51:19 |
| 53:16 | 53:22 |
| 53:23 | 54:16 |
| 55:5 | 55:8 |
| 57:3 | 57:4 |
| 57:21 | 58:3 |
| 58:15 | 59:2 |
| 59:9 | 59:20 |
| 59:24 | 60:8 |
| 60:9 | 60:20 |
| 61:4 | 61:24 |
| 61:25 | 62:8 |
| 62:11 | 62:18 |
| 63:23 | 64:1 |
| 64:7 | 64:16 |
| 65:3 | 65:9 |
| 65:20 | 66:24 |

| | |
|---|---|
| 67:8 | 68:13 |
| 68:16 | 68:23 |
| 70:16 | 71:9 |
| 72:3 | 72:7 |
| 72:20 | 73:11 |
| 73:14 | 74:6 |
| 74:12 | 74:21 |
| 74:23 | 75:24 |
| 80:25 | 81:6 |
| 81:19 | 82:2 |
| 82:11 | 82:25 |
| 86:6 | 86:14 |
| 86:17 | 86:20 |
| 90:11 | 90:21 |
| 91:13 | 91:21 |
| 91:24 | 92:2 |
| 92:6 | 92:8 |
| 92:12 | 92:16 |
| 93:8 | 93:12 |
| 95:13 | 97:8 |
| 104:24 | 105:1 |
| 105:6 | 105:12 |
| 108:9 | 108:13 |
| 109:2 | 109:10 |
| 113:8 | 113:25 |
| 115:1 | 116:3 |
| 116:25 | 117:25 |
| 118:7 | 119:9 |

| | |
|---|---|
| 119:15 | 119:17 |
| 121:3 | 122:15 |
| 124:19 | 124:23 |
| 126:18 | 127:9 |
| 128:2 | 128:20 |
| 129:24 | 130:5 |
| 132:17 | 132:24 |
| 133:11 | 133:23 |
| 136:3 | 136:24 |
| 137:5 | 140:3 |
| 140:19 | 141:24 |
| 150:15 | 151:4 |
| 152:16 | 153:21 |

**Dana Hoyt Deposition, April 14, 2023**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 5:9 | 5:13 |
| 9:25 | 10:7 |
| 10:12 | 10:17 |
| 15:25 | 16:8 |
| 22:19 | 22:25 |
| 23:1 | 23:1 |
| 23:4 | 23:10 |
| 23:14 | 23:21 |
| 24:2 | 24:9 |
| 25:4 | 26:25 |
| 27:1 | 27:4 |
| 27:7 | 27:8 |
| 27:11 | 29:1 |
| 29:5 | 31:1 |
| 31:11 | 32:17 |
| 33:14 | 36:4 |
| 36:7 | 37:7 |
| 37:20 | 38:2 |
| 38:6 | 38:8 |
| 38:22 | 40:24 |
| 41:4 | 41:14 |
| 43:14 | 43:20 |
| 43:23 | 44:25 |
| 45:12 | 45:19 |
| 45:22 | 46:6 |
| 46:9 | 46:14 |
| 47:12 | 47:21 |
| 48:3 | 49:25 |

| 50:5 | 51:25 |
|------|-------|
| 52:21 | 53:23 |
| 55:9 | 55:19 |
| 55:24 | 55:25 |
| 58:23 | 59:17 |
| 60:5 | 60:15 |
| 60:21 | 61:3 |
| 61:6 | 61:11 |
| 62:11 | 62:24 |
| 63:3 | 63:12 |
| 63:16 | 63:19 |
| 63:22 | 64:4 |
| 64:8 | 64:10 |
| 67:5 | 67:13 |
| 67:16 | 67:24 |
| 68:22 | 69:23 |
| 70:1 | 70:11 |
| 70:14 | 70:15 |
| 70:21 | 70:22 |
| 70:25 | 71:3 |
| 73:17 | 73:19 |
| 73:22 | 74:2 |
| 80:16 | 80:19 |
| 80:22 | 80:24 |
| 95:3 | 96:10 |
| 97:2 | 98:21 |
| 98:24 | 99:8 |
| 99:11 | 99:25 |
| 100:17 | 100:25 |
| 126:1 | 126:23 |

| | |
|---|---|
| 127:2 | 128:23 |
| 129:2 | 129:15 |
| 130:2 | 130:9 |
| 130:12 | 130:23 |
| 134:1 | 134:7 |
| 134:18 | 134:22 |
| 135:1 | 138:3 |
| 138:6 | 138:14 |
| 139:1 | 139:5 |
| 139:8 | 139:17 |
| 139:21 | 140:6 |
| 140:10 | 140:11 |
| 140:18 | 141:25 |
| 142:4 | 142:24 |
| 144-:1 | 144:20 |
| 145:1 | 146:12 |
| 146:15 | 146:24 |
| 147:6 | 147:12 |
| 147:16 | 147:20 |
| 147:23 | 148:17 |
| 148.21 | 149:2 |
| 150:4 | 150:15 |
| 150:18 | 151:13 |
| 151:16 | 152:7 |
| 152:11 | 155:1 |
| 155:6 | 157:4 |
| 157:7 | 157:7 |
| 157:11 | 157:21 |
| 157:24 | 158:25 |
| 164:12 | 165:6 |

| 165:16 | 168:9 |
|--------|-------|
| 168:11 | 168:11 |
| 168:17 | 169:11 |
| 169:15 | 169:20 |
| 170:10 | 170:19 |
| 170:22 | 171:5 |
| 174:11 | 174:14 |
| 177:18 | 177:25 |
| 178:4 | 178:6 |
| 178:9 | 178:10 |

Respectfully submitted,

**TB ROBINSON LAW GROUP, PLLC**


_____
Terrence B. Robinson, Attorney-In-Charge
Fed. Bar No: 14218
Texas Bar No. 17112900
Email: TRobinson@TBRobinsonlaw.com
7500 San Felipe St, #800
Houston, Texas 77063
Telephone: (713) 568-1723
Facsimile:  (713) 965-4288

**LAURA HERNANDEZ LAW, PLLC**


_____
Laura A. Hernandez
 Texas SBN: 24100107
 Fed. Bar No. 2935637
Email: LHernandez@laurahernandezlaw.com
7008 Capitol St.
Houston, TX 77011
Telephone: (281) 784-0355
Facsimile:  (281) 784-0356

**CARRIER LAW GROUP**

/**s**/ *Melody Carrier*_____
Melody Carrier
Texas Bar No: 00785096
Email: mcarrier@caflawgroup.com
505 Orleans, Suite 505
Beaumont, Texas 77701
Phone: 409.833.1119
Fax: 409.271.3690

***ATTORNEYS FOR AUDREY K. MILLER, PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically through the electronic filing manager and electronic mail, in compliance with the Texas Rules of Civil Procedure on this 30th day of May 2025.

_____
Terrence B. Robinson