United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY K. MILLER, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-2824 |
| SAM HOUSTON STATE UNIVERSITY, | § § § | |
| *Defendant*. | § § § | |

## ORDER

In preparation for the upcoming trial, Plaintiff Audrey K. Miller ("Plaintiff") filed deposition designations of certain witnesses. Defendant Sam Houston State University ("Defendant") objected to some of Plaintiff's designations. The Court SUSTAINS Defendant's objections the designations listed below. Defendant's objections to the designations not listed below are overruled and the designations are admitted as proposed to the Court by Plaintiff.

Objections sustained as to Plaintiff's designations of witness Rowland Miller:

Page(s):Line(s)

- 46:22–47:2
- 50:1–6
- 96:9–13
- 98:14–17
- 111:8–12
- 119:18–22
- 127:18–128:8
- 133:25–134:8
- 135:25–136:18
- 138:22–139:4
- 152:2–10
- 171:16–172:7
- 172:21–173:5
- 174:24–175:7
- 180:18–181:10
- 183:5–17
- 194:16–25

- 219:11–17
- 233:9–14
- 244:17–22

Plaintiff did not object to the Defendant's cross-designation of this witness. As such, Defendant's cross-designations of Rowland Miller are admitted as proposed to the Court by Defendant.

<u>Objections sustained as to Plaintiff's designations of witness Lydia Cruz-Fox:</u>

Page(s):Line(s)

- 26:20–27:3
- 29:22–30:10
- 30:15–22
- 42:2–10
- 45:13–46:1
- 50:1–54:12
- 55:17–21
- 56:3–5
- 58:15–23
- 59:3–6
- 64:24–65:3
- 65:14–17

Plaintiff did not object to the Defendant's cross-designation of this witness. As such, Defendant's cross-designations of Lydia Cruz-Fox are admitted as proposed to the Court by Defendant.

Plaintiff has represented to the Court that she intends to utilize the designated portions of the depositions of witnesses Jaimie Hebert and John de Castro. No objections or cross-designations were made with respect to those witnesses. As such, Plaintiff's deposition designations of Jaimie Hebert and John de Castro are admitted as proposed to the Court by Plaintiff.

SIGNED at Houston, Texas, this 18th day of June, 2025.

Andrew S. Hanen
United States District Judge