Case 4:15-cv-02824   Document 289   Filed on 07/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY K. MILLER, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:15-cv-2824 |
| SAM HOUSTON STATE UNIVERSITY, *Defendant.* | § § § | |

## FINAL JUDGMENT

This case came on for trial by jury on June 20, 2025, and on June 27, 2025, the jury returned its unanimous verdict for the defense. Therefore, it is:

ORDERED and ADJUDGED that Plaintiff Audrey K. Miller shall take nothing on her claims against Defendant Sam Houston State University. Plaintiff's claims against Defendant is DISMISSED with prejudice on the merits.

This is a FINAL JUDGMENT.

SIGNED this ___8th___ day of July, 2025.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE